FILED
2020 Jun-22 PM 12:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| SARAIL MICHAEL ARCHILLA, et al, | } |
| Petitioners, | } |
| v. | } Case No.: 4:20-cv-00596-RDP-JHE |
| DIANNE WITTE, et al., | } |
| Respondents. | } |

### ORDER

This case is before the court on Petitioners' Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i), filed on June 19, 2020. (Doc. # 37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioners have voluntarily dismissed their habeas petition without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii) ("[T]he plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . . Unless the notice . . . states otherwise, the dismissal is without prejudice."). In this case, neither an answer nor a motion for summary judgment has been filed by any opposing party, so the case may be voluntarily dismissed without a court order under Rule 41. The Clerk of Court is **DIRECTED** to close this case.

Costs are taxed as paid.

**DONE** and **ORDERED** this June 22, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE